**Frank MANCHAK, Jr., Plaintiff–**
**Appellant,**

v.

**ATLANTIC RICHFIELD COMPANY,**
**Defendant–Appellee.**

No. 02–1629.

United States Court of Appeals, Federal Circuit.

DECIDED: May 15, 2003.

Before MICHEL, LOURIE and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.